KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Victor Aguilar Olarte,

    Petitioner,

v.

United States Immigration and Customs Enforcement,

    Respondent.

No.   CV-25-01400-PHX-JAT (ESW)

**ORDER**

Self-represented Petitioner Victor Aguilar Olarte, who is confined in the San Luis Regional Detention Center, has filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and an Application to Proceed In Forma Pauperis (Doc. 5).

**I.   Application to Proceed In Forma Pauperis**

Petitioner's Application to Proceed In Forma Pauperis indicates that his inmate trust account balance is less than $25.00. Accordingly, the Court will grant Petitioner's Application to Proceed In Forma Pauperi*s*. *See* LRCi*v* 3.5(c).

**II.   Petition**

In his Petition, Petitioner names the United States Immigration and Customs Enforcement (ICE) as Respondent and challenges his continued detention in ICE custody even though he has been granted a deferral of removal under the Convention Against Torture. Petitioner's claims are duplicative of the claims in his other pending case, *Olarte v. Immigration and Customs Enforcement*, CV-25-01662-PHX-DLR (ESW). The Court

has appointed counsel to represent Petitioner in CV-25-01662 and ordered a response to the Amended Petition in that case. The Court will therefore dismiss the Petition and this case as duplicative.

**IT IS ORDERED:**

(1) Petitioner's Application to Proceed In Forma Pauperis (Doc. 5) is **granted**.

(2) Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed** without prejudice.

(3) The Clerk of Court must enter judgment accordingly and close this case.

Dated this 22nd day of July, 2025.

James A. Teilborg
Senior United States District Judge