# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Aguilar Olarte,<br><br>　　　　Petitioner,<br><br>v.<br><br>United States Immigration and Customs Enforcement,<br><br>　　　　Respondent. | NO. CV-25-01400-PHX-JAT (ESW)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 22, 2025, the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 22, 2025

　　　　　　　　　　　　　　　　　　s/ A Roybal
　　　　　　　　　　　　　By　　　Deputy Clerk